614 S.E.2d 676

**George Fisher ROBINSON, Appellant,**

v.

**Elisa Kenty ROBINSON, Appellee.**

**Record No. 1879–04–2.**

Court of Appeals of Virginia.

June 28, 2005.

Before FITZPATRICK, C.J., and BENTON, ELDER, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, FELTON, KELSEY, McCLANAHAN and HALEY, JJ.

## UPON A PETITION FOR REHEARING EN BANC

On June 9, 2005 came the appellee, by counsel, and filed a petition praying that the Court set aside the judgment rendered herein on May 31, 2005, and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on May 31, 2005 is

stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellee shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellee shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.